UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                    CASE NO. 04-41268-TLH4
                                          CHAPTER 13
TOMMY L. DAVIS
DEBRA A. DAVIS

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: GE CAPITAL CONSUMER CARD CO which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 385167 in the amount of 22.73 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>     /s/Leigh D. Hart or
>     /s/William J. Miller, Jr.
>     OFFICE OF THE CHAPTER 13 TRUSTEE
>     POST OFFICE BOX 646
>     TALLAHASSEE, FL 32302
>     ldhecf@earthlink.net
>     (850) 681-2734 "Telephone"
>     (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| TOMMY L. DAVIS<br>DEBRA A. DAVIS<br>7228 RAWHIDE RIDGE<br>TALLAHASSEE, FL 32310 | GE CAPITAL CONSUMER CARD CO.<br>P.O. BOX 52051<br>PHOENIX, AZ 85072-2051 |

AND

KATHRYN A. HATHAWAY, ESQUIRE
HATHAWAY LAW FIRM
P.O. BOX 3005
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>     /s/Leigh D. Hart or
>     /s/William J. Miller, Jr.
>     OFFICE OF CHAPTER 13 TRUSTEE

1/29/2010 11:37 am / CR_213